HIATT, APPELLANT, *v.* KELLY ET AL., RESPONDENTS.

(No. 5,072.)

(Submitted March 6, 1923.   Decided March 29, 1923.)

[214 Pac. 66.]

*Appeal — Record — Brief — Nonobservance of Supreme Court Rules—Penalty.*

> 1. Nonobservance of the supreme court rule requiring the testimony in the transcript to be in narrative form, and of that making it incumbent upon appellant in his brief to present a concise abstract or statement of the case, such abstract to refer to the page numbers in the transcript in such manner that pleadings, evidence, *etc.*, may be easily found, is sufficient ground for dismissal of the appeal or affirmance of the judgment or order appealed from.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

ACTION by James Hiatt against G. H. Kelly and others doing business as copartners under the firm name of Kelly & Jackson, and another. Judgment for plaintiff, and, from an order granting a new trial, plaintiff appeals. Order affirmed.

*Mr. E. K. Cheadle,* for Appellant, submitted a brief, and argued the cause orally.

*Messrs. Belden & De Kalb* and *Mr. Merle C. Groene,* for Respondents, submitted a brief; *Mr. H. Leonard De Kalb* argued the cause orally.

MR. CHIEF COMMISSIONER LAW prepared the opinion for the court.

This is an appeal from an order granting a new trial. On January 11, 1923, nine and one-half months after the transcript had been filed in this court, appellant's counsel asked and was granted a suspension of the rule requiring the transcript to be printed. An examination of the record be-

fore us, however, discloses that he has made no effort whatever to comply with paragraph 3 of Rule VII (64 Mont. lxiv, 202 Pac. ix) or subdivision (a) of paragraph 3 of Rule X of this court (*Id.* lxviii). Such nonobservance of the rules is just and proper reason for a dismissal of the appeal or an affirmance of the order appealed from. (*Samuell* v. *Moore Merc. Co.,* 62 Mont. 232, 204 Pac. 376; *Cobb* v. *Warren,* 64 Mont. 10, 208 Pac. 928; *McConnell* v. *Blackley, ante,* p. 510, 214 Pac. 64.)

We therefore recommend that the order appealed from be affirmed.

PER CURIAM: For the reasons given in the foregoing opinion, the order appealed from is affirmed.

*Affirmed.*